No. 10–1036.  ZARNOW, INDEPENDENT ADMINISTRATRIX FOR THE ESTATE OF ZARNOW, DECEASED v. CITY OF WICHITA FALLS, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–1084.  FERGUSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–1093.  SMITH ET UX. v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 10–1102.  ROSARIO v. HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 10–1158.  NETTLES v. CITY OF LEESBURG, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–1166.  GROSE, FKA HARRINGTON v. CORRECTIONAL MEDICAL SERVICES, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–1171.  THOMAS v. LOUISIANA DEPARTMENT OF SOCIAL SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 10–1185.  LIGON v. LAHOOD, SECRETARY OF TRANSPORTATION.  C. A. 5th Cir.  Certiorari denied.

No. 10–1299.  MILLER v. PRAXAIR, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–1301.  BASS v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 10–1305.  EVANS-MARSHALL v. BOARD OF EDUCATION OF THE TIPP CITY EXEMPTED VILLAGE SCHOOL DISTRICT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–1306.  COX v. MISSOURI.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 10–1308.  JAEGER v. CELLCO PARTNERSHIP, DBA VERIZON WIRELESS, ET AL.  C. A. 2d Cir.  Certiorari denied.